# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

CR18 0390 

GREGORY JAMES CHRISMAN,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1001(a)(2) – False Statements to Government Agency

A true bill.

_____
Foreman

Filed in open court this 23nd day of August, 2018

_____
Clerk

Bail. $ **NO BAIL WARRANT**
8/23/18

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1001(a)(2) - False Statement to Government Agency (Two Counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 5 years imprisonment
Maximum 3 years of supervised release
Maximum $250,000 fine
Mandatory $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ GREGORY JAMES CHRISMAN

**DISTRICT COURT NUMBER**
CR 18 0390 VC

FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DOT-OIG, VA-OIG

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   Alex G. Tse
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Nicholas J. Walsh

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

ALEX G. TSE (CABN 152348)
United States Attorney

FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY JAMES CHRISMAN, <br><br> Defendant. | No. CR 18 0390 VC <br><br> VIOLATIONS: <br> 18 U.S.C. § 1001(a)(2) – <br> False Statements to Government Agency (Two Counts) <br><br> SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury Charges:

COUNT ONE:          (18 U.S.C. § 1001(a)(2) – False Statements)

On or about December 10, 2017, in the Northern District of California, the defendant,

GREGORY JAMES CHRISMAN,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Federal Aviation Administration, an agency within the executive branch of the Government of the United States, specifically his false statements on a Federal Aviation Administration Form 8500-8 indicating that: (1) he did not have and had never had a mental disorder of any sort (Question 18m), despite having represented to the United States Department of Veterans Affairs that he had posttraumatic stress disorder and having received medical disability

INDICTMENT

1 | benefits as a result of that condition; and (2) he had never and did not currently receive medical
2 | disability benefits (Question 18y), despite having received service-related medical disability benefits
3 | from the Department of Veterans Affairs since 2011.  All in violation of Title 18, United States Code,
4 | Section 1001(a)(2).
5 | COUNT TWO:         (18 U.S.C. § 1001(a)(2) – False Statements)
6 |         On or about June 24, 2018, in the Northern District of California, the defendant,
7 |                          GREGORY JAMES CHRISMAN,
8 | did willfully and knowingly make materially false, fictitious, and fraudulent statements and
9 | representations in a matter within the jurisdiction of the Federal Aviation Administration, an agency
10 | within the executive branch of the Government of the United States, specifically his false statements on
11 | a Federal Aviation Administration Form 8500-8 indicating that: (1) he did not have and had never had a
12 | mental disorder of any sort (Question 18m), despite having represented to the United States Department
13 | of Veterans Affairs that he had posttraumatic stress disorder and having received medical disability
14 | benefits as a result of that condition; and (2) he had never and did not currently receive medical
15 | disability benefits (Question 18y), despite having received service-related medical disability benefits
16 | from the Department of Veterans Affairs since 2011.  All in violation of Title 18, United States Code,
17 | Section 1001(a)(2).
18 | DATED: 8/23/18                                              A TRUE BILL

                                                                _____
                                                                FOREPERSON

ALEX G. TSE
United States Attorney


_____
DANIEL KALEBA
Deputy Chief, Criminal Division


(Approved as to form: _____ )
                     AUSA NICHOLAS J. WALSH

INDICTMENT