## DECLARATION OF PAMELA L. JOHNSTON

I, Pamela L. Johnston, declare as follows:

1. I received **Exhibit 1**, which is a table of other criminal FAA cases charged in the N.D. of California, from another counsel in one of these pending criminal FAA cases. He gave me permission to use the table in connection with this case.

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Memorandum of Activity of the June 25, 2018 interview of Dr. Stuart Bussey conducted by special agents Reggie Lee and Brian DuBois and produced through discovery by the United States as USGJC000754.

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Memorandum of Activity of the April 17, 2019 interview of Dr. William Brath, conducted by special agents Reggie Lee and Andres Gonzalez and produced through discovery by the United States as USGJ001622-1628.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Application for Airman Medical Certificate, FAA Form 8500-8, listing the Privacy Act Statement language that AUSA Alex Tse explained to me would be the language that the government would be using, in part, to address the defense's motion to suppress.

5. For the ease of the Court, here is the language from the Form 8500-8. Specifically, the language of the Privacy Act Statement states: The information entered into the FAA MedXPress on-line version of the Form 8500-8, Application For Airman Medical Certificate or Airman Medical and Student Pilot Certificate, is solicited under the authority of Title 49, United States Code (U.S.C.) (Transportation) sections 109(9), 40113(a), 44701-44703, and 44709 (1994) formerly codified in the Federal Aviation Act of 1958, as amended, and Title 14, Code of Federal Regulations (CFR), part 67, Medical Standards and Certification. Except for your Social Security Number (SSN), **submission of this information is mandatory**. Incomplete submission will result in delay of further consideration or denial of your application for a medical certificate or medical clearance. Other than your SSN, the purpose of the information is to determine whether you meet

Federal Aviation Administration (FAA) medical requirements to hold a medical certificate or medical clearance. The information will also be used to provide data for the FAA's automated medical certification system to depict airman population patterns and to update certification procedures and medical standards. For air traffic control specialists (ATCS) employed by the Federal Government, the information requested will be used as a basis for determining medical eligibility for initial and continuing employment. The information becomes part of the FAA Privacy Act system of records, DOT/FAA-847, General Air Transportation Records on Individuals. **<u>These records and information in these records may be used</u>** (a) to provide basic airman certification and qualification information to the public upon request; (b) to disclose information to the National Transportation Safety Board (NTSB) in connection with its investigation responsibilities; (c) **<u>to provide information about airmen to Federal, state, and local law enforcement agencies when engaged in the investigation and apprehension of drug law violators</u>**; (d) to provide information about enforcement actions arising out of violations of the Federal Aviation Regulations to government agencies, the aviation industry, and the public upon request; (e) **to disclose information to another Federal agency, or to a court or an administrative tribunal, when the Government or one of its agencies is a party to a judicial proceeding before the court or involved in administrative proceedings before the tribunal**; and (f) **<u>to disclose information to other Federal agencies for verification of the accuracy or completeness of the information</u>**; and (g) to comply with the Prefatory Statement of General Routine Uses for the Department of Transportation. (Emphasis added).

6. Attached hereto as **Exhibit 5** is a true and correct copy of the indictment of Gregory James Chrisman filed in open court on August 23, 2018.

7. On behalf of defendant Chrisman, we ask that the filings for this motion to suppress be filed under seal because the papers contain discussions of Mr. Chrisman's medical records, visits with doctors, and mental health records. Mr. Chrisman asked me to seek to have these papers filed under seal. On September 9, 2019, I spoke with AUSA

Alex Tse, and he indicated on behalf of the government that the government does not oppose having the papers for this motion filed under seal for the same reasons.

I, Pamela L. Johnston, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2019, in Las Vegas, Nevada.

*/s/ Pamela L. Johnston*
Pamela L. Johnston