# EXHIBIT 1

**EXHIBIT 1**

**FAA False Statement Cases – Northern District of California**

| Name | Charge | FAA Form 8500-8 Omission | Status/Outcome |
|---|---|---|---|
| Walker Trent Grant (N.D. Cal., 2019) Case number: 3:18-cr-00391-EMC | 18 U.S.C. § 1001 (2 counts) | Indicated that he had not been diagnosed with frequent or severe headaches, when he suffered from **tension headaches** | **Pending** (Judge Chen) |
| Gregory James Chrisman (N.D. Cal., 2019) Case number: 3:18-cr-00390-VC | 18 U.S.C. § 1001 (2 counts) | Indicated that he had never had a mental health disorder of any sort, when he had **PTSD**, for which he had received **medical disability benefits** | **Pending** (Judge Chhabria) |
| Adam Roger Asleson (N.D. Cal., 2019) Case number: 3:18-cr-00393-CRB | 18 U.S.C. § 1001 | Indicated that he did not suffer from any mental disorders including depression or anxiety, when he had **major depressive disorder** | **Pending** (Judge Breyer) |
| Bruce Moody (N.D. Cal., 2010) Case number: 5:10-cr-00460-PVT | 18 U.S.C. § 1018 | Indicated that he had never been diagnosed with or had **any mental disorders of any sort**, when that was false | **Pleaded guilty to a misdemeanor** (18 U.S.C. § 1018) (1 year probation + $1,000 fine) |

1

| Name | Charge | FAA Form 8500-8 Omission | Status/Outcome |
|---|---|---|---|
| David Cunningham (N.D. Cal., 2007)<br><br>Case number: 5:05-cr-00418-JF | 18 U.S.C. § 1001 | Indicated that he had not been diagnosed with an illness or disability, when he had been diagnosed and treated for **Systemic Lupus Erythematosus** | **Pleaded guilty to a misdemeanor** (18 USC § 1018) (3 years probation + no fine) |
| Russell Johansen (N.D. Cal., 2006)<br><br>Case number: 3:05-cr-00438-MMC | 18 U.S.C. § 1001 | Indicated (1) that he had never been diagnosed with a **mental disorder of cognitive disorder**, when he had, (2) that he had never been diagnosed with any other illness disability, or surgery, when had been diagnosed with **degenerative disk disease**, (3) that he had never been diagnosed with high or low blood pressure, when he had been diagnosed with **hypertension**, and (4) that he did not **visit certain health professionals**, when he had | **Pleaded guilty to a misdemeanor** (18 U.S.C. § 1018) (2 years probation + $1,000 fine) |
| Kenneth Jones (N.D. Cal., 2006)<br><br>Case number: 4:05-cr-00451-WDB | 18 U.S.C. § 1001 | Indicated that he had never suffered from a mental disorder of any sort, when he had been diagnosed with **depressive disorder** and **Affective Mood Disorder** | **Pleaded guilty to a misdemeanor** (18 U.S.C. § 1018) (2 years probation + no fine) |
| Calvin Bartholomew (N.D. Cal, 2006)<br><br>Case number: 5:05-cr-00417-JF | 18 U.S.C. § 1001 | Stated that he had never been diagnosed with a mental disorder when he had been diagnosed and treated for **anxiety related disorders** | **Pleaded guilty to a misdemeanor** (18 U.S.C. § 1018) (1 year probation + 100 hours community service + no fine) |

| Name | Charge | FAA Form 8500-8 Omission | Status/Outcome |
|---|---|---|---|
| Arnold Dolgins (N.D. Cal., 2006) Case number: 5:05-cr-00419-JF | 18 U.S.C. § 1001 | Stated that he had never been diagnosed with a mental disorder, when he had been diagnosed with **Affective Disorder and depression** | **Pleaded guilty to a misdemeanor** (18 U.S.C. § 1018) (1 year probation + $5,000 fine) |
| Stanmore Cooper (N.D. Cal., 2006) Case number: 3:05-cr-00549-VRW | 18 U.S.C. § 1001 (3 counts) | Did not disclose that he was **HIV positive** | **Pleaded guilty to a misdemeanor** (18 U.S.C. § 1018) (2 years unsupervised probation + $1,000 fine) |
| Gregory Moeller (N.D. Cal., 2005) Case number: 4:05-cr-00452-WDB | 18 U.S.C. § 1001 (2 counts) | Indicated (1) that any illnesses he had been diagnosed with did not include HIV, when he had been diagnosed with **HIV**, and (2) that he reported all hospital admissions, when he failed to report **admission to a hospital for HIV-related complication** | **Pleaded guilty to a misdemeanor** (18 U.S.C. § 1018) (2 years probation + $250 fine) |
| Roger Lebichuck (N.D. Cal, 2005) Case number: 3:05-cr-00433-EMC | 18 U.S.C. § 1001 | Indicated (1) that he had not been diagnosed with a mental disorder of any sort, when he had previously suffered from **depression** and (2) that he had no other illness, disability, or surgery, when he suffered from **chronic back pain** | **Pleaded guilty to a misdemeanor** (18 U.S.C. § 1018) (2 years probation + $250 fine) |
| James Katzel (N.D. Cal., 2005) Case number: 3:05-cr-00434-EMC | 18 U.S.C. § 1001 (2 counts) | Indicated that he had never been diagnosed with a mental disorder of any sort, when he had been diagnosed with **obsessive compulsive disorder** | **Pleaded guilty to a misdemeanor** (18 U.S.C. § 1018) (2 years probation + $250 fine) |

| Name | Charge | FAA Form 8500-8 Omission | Status/Outcome |
|---|---|---|---|
| Lynn Jorgensen (N.D. Cal., 2005) Case number: 3:05-cr-00436-MHP | 18 U.S.C. § 1001 (3 counts) | Indicated that she had never been diagnosed with a mental disorder of any sort, when she had been diagnosed with **Affective Mood Disorder** | **Dismissed** (Ms. Jorgensen passed away) |
| Kenneth Ingram, Jr. (N.D. Cal., 2005) Case number: 3:05-cr-00508-BZ | 18 U.S.C. § 1001 | Did not disclose that he had been diagnosed with a **significant illness** and was **receiving SSA disability payments** based on the diagnosis | ==Pleaded guilty to a misdemeanor== (18 U.S.C. § 1018) (2 years probation + $250 fine) |
| Kenneth Gulick (N.D. Cal., 2005) Case number: 3:05-cr-00435-EMC | 18 U.S.C. § 1001 (2 counts) | Indicated that he had never been diagnosed with any mental disorder of any sort, when he had been diagnosed with **Affective Mood Disorder** | ==Pleaded guilty to a misdemeanor== (18 U.S.C. § 1018) (2 years probation + $1,000 fine) |
| Walter Fraser, Jr. (N.D. Cal., 2005) Case number: 3:05-cr-00437 | 18 U.S.C. § 1001 (2 counts) | Indicated that he had no history of non-traffic convictions, misdemeanors or felonies, when he had been convicted of **three misdemeanor violations of California Penal Code** | ==Pleaded guilty to a misdemeanor== (18 U.S.C. § 1018) (2 years unsupervised probation + $250 fine) |
| Amy Aucutt (N.D. Cal., 2005) Case number: 3:05-cr-00478-EMC | Complaint: 18 U.S.C. § 1001 Indictment: 18 U.S.C. § 1018 | Indicated that she did not have any mental disorders, when she had been diagnosed with **Affective Mood Disorder, Affective Disorders, Substance Abuse Disorder, Bipolar disorder, Obsessive Compulsive Disorder, Anxiety Disorder (agoraphobia and depression)** | ==Pleaded guilty to a misdemeanor== (18 U.S.C. § 1018) ==in exchange for **dismissal of the indictment**== (2 years unsupervised probation + $250 fine) |

| Name | Charge | FAA Form 8500-8 Omission | Status/Outcome |
|---|---|---|---|
| Mark Boyd (N.D. Cal., 2005) Case number: 4:05-cr-00449-CW | 18 U.S.C. § 1001 | Indicated (1) that he never suffered from substance dependence or abuse, when he had been diagnosed with **substance abuse disorder** and (2) that he did not have non-traffic convictions, when he had been **convicted of larceny** and **false application of benefits** | ==Pleaded guilty to a misdemeanor== (18 U.S.C. § 1018) ==in exchange for **dismissal of the indictment**== (2 years probation + $250 fine) |
| Althea Stevens (N.D. Cal., 2005) Case number: 3:05-cr-00432-EMC | 18 U.S.C. § 1001 | Indicated that she had never been diagnosed with a **substance dependence**, when she had | ==Pleaded guilty to a misdemeanor== (18 U.S.C. § 1018) (2 years unsupervised probation + $250 fine) |
| Jeff Stump (N.D. Cal., 2005) Case number: 4:05-cr-00453-MJJ | 18 U.S.C. § 1001 (6 counts) | Indicated that he had never been diagnosed with a mental disorder, when he had been diagnosed with **schizophrenia** and **bipolar disorder** | **Pleaded guilty to count 1** (18 U.S.C. § 1001) (2 years probation + no fine) |
| Karl Redmon (N.D. Cal., 2005) Case number: 3:05-cr-00367-SI | 18 U.S.C. § 1001 | Indicated that he had no history of non-traffic convictions, misdemeanors or felonies, when he had been convicted of a **misdemeanor violation of California Penal Code and a felony violation of California Penal Code** | ==Pleaded guilty to a misdemeanor== (18 U.S.C. § 1018) (2 years probation + 50 hours community service + $1,000 fine) |