# EXHIBIT 4

**EXHIBIT 4**



**U.S. Department of Transportation**
**Federal Aviation Administration**

## INFORMATION FOR APPLICANT

# Application For Airman Medical Certificate
# or
# Airman Medical and Student Pilot Certificate

### Privacy Act Statement

The information on the attached FAA Form 8500-8, Application For Airman Medical Certificate or Airman Medical and Student Pilot Certificate, is solicited under the authority of Title 49, United States Code (U.S.C.) (Transportation) sections 109(9), 40113(a), 44701-44703, and 44709 (1994) formerly codified in the Federal Aviation Act of 1958, as amended, and Title 14, Code of Federal Regulations (CFR), part 67, Medical Standards and Certification.

Except for your Social Security Number (SSN), submission of this information is mandatory. Incomplete submission will result in delay of further consideration or denial of your application for a medical certificate or medical and student pilot certificate. Other than your SSN, the purpose of the information is to determine whether you meet Federal Aviation Administration (FAA) medical requirements to hold a medical certificate or medical and student pilot certificate. The information will also be used to provide data for the FAA's automated medical certification system to depict airman population patterns and to update certification procedures and medical standards. For air traffic control specialists (ATCS) employed by the Federal Government, the information requested will be used as a basis for determining medical eligibility for initial and continuing employment. The information becomes part of the FAA Privacy Act system of records, DOT/FAA-847, General Air Transportation Records on Individuals. These records and information in these records may be used (a) to provide basic airman certification and qualification information to the public upon request; (b) to disclose information to the National Transportation Safety Board (NTSB) in connection with its investigation responsibilities; (c) to provide information about airmen to Federal, state, and local law enforcement agencies when engaged in the investigation and apprehension of drug law violators; (d) to provide information about enforcement actions arising out of violations of the Federal Aviation Regulations to government agencies, the aviation industry, and the public upon request; (e) to disclose information to another Federal agency, or to a court or an administrative tribunal, when the Government or one of its agencies is a party to a judicial proceeding before the court or involved in administrative proceedings before the tribunal; (f) to disclose information to other Federal agencies for verification of the accuracy or completeness of the information; and (g) to comply with the Prefatory Statement of General Routine Uses for the Department of Transportation.

Submission of your SSN is not required by law and is voluntary. Refusal to furnish your SSN will not result in the denial of any right, benefit, or privilege provided by law. Your SSN is solicited to assist in performing the agency's functions under 49 U.S.C. (Transportation). If supplied, it will be used by the FAA to associate all information in agency files relating to you. If you refuse to supply your SSN, a substitute number or other identifier will be assigned, as required.

The written consent authorization of this form under No. 20, Applicant's Declaration, permits the FAA to request information, if any, pertaining to your driving record from the National Driver Register (NDR). The FAA will then match such NDR information with the information you provide on the medical history part of the form. Since the NDR identifies only probable matches, the FAA will verify the NDR information it receives with the state of record. You have the right to request an NDR file check to determine if it contains any information and, if so, the accuracy of such information. <u>Notarized</u> requests may be sent to: DOT/NHTSA/NTS-32, 400 7th Street, S.W., Washington, DC 20590-0001, and must contain your complete name and date of birth. Other information about height, weight, and eye color will ensure correct positive identification.

**Paperwork Reduction Act Statement:**
The information collected on this form is necessary to ensure applicants meet the minimum requirements as set forth under the authority of 49 U.S.C. (Transportation). This information will be used to determine applicant eligibility for a medical certificate, medical and student pilot certificate, or ATCS eligibility for employment. When all requirements have been met, an appropriate medical certificate, medical and student pilot certificate, or medical clearance will be issued. It is estimated that it will take each applicant 2 hours to complete this form and provide all the information called for (includes providing medical history information and physical examination). The information is required to obtain a certificate and is confidential. The information will become part of the Privacy Act system of records DOT/FAA 847, General Air Transportation Records on Individuals. Note that an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. The control number for this collection of information is 2120-0034.

### Tear off this cover sheet before submitting this form.

FAA Form 8500-8 (9-08) Supersedes Previous Edition                    NSN: 0052-00-670-6002

## Instructions for Completion of the Application for Airman Medical Certificate or Airman Medical and Student Pilot Certificate, FAA Form 8500-8

**Applicant** must fill in completely numbers 1 through 20 of the application using a ballpoint pen. Exert sufficient pressure to make legible copies. The following numbered instructions apply to the numbered headings on the application form that follows this page.

**NOTICE** – Intentional falsification may result in federal criminal prosecution. Intentional falsification may also result in suspension or revocation of all airman, ground instructor, and medical certificates and ratings held by you, as well as denial of this application for medical certification.

1. **APPLICATION FOR** – Check the appropriate box.
2. **CLASS OF AIRMAN MEDICAL CERTIFICATE APPLIED FOR** – Check the appropriate box for the class of airman medical certificate for which you are making application.
3. **FULL NAME** – If your name has changed for any reason, list current name on the application and list any former name(s) in the EXPLANATIONS box of number 18 on the application.
4. **SOCIAL SECURITY NUMBER** – The social security number is optional; however, its use as a unique identifier does eliminate mistakes.
5. **ADDRESS** – Give permanent mailing address and country. Include your complete nine digit ZIP code if known. Provide your current area code and telephone number.
6. **DATE OF BIRTH** – Specify month (MM), day (DD), and year (YYYY) in numerals; e.g., 01/31/1950. Indicate citizenship; e.g., U.S.A.
7. **COLOR OF HAIR** – Specify as brown, black, blond, gray, or red. If bald, so state. Do not abbreviate.
8. **COLOR OF EYES** – Specify actual eye color as brown, black, blue, hazel, gray, or green. Do not abbreviate.
9. **SEX** – Indicate male or female.
10. **TYPE OF AIRMAN CERTIFICATE(S) YOU HOLD** – Check applicable block(s). If "Other" is checked, provide name of certificate.
11. **OCCUPATION** – Indicate major employment. "Pilot" will be used only for those gaining their livelihood by flying.
12. **EMPLOYER** – Provide your employer's full name. If self-employed, so state.
13. **HAS YOUR FAA AIRMAN MEDICAL CERTIFICATE EVER BEEN DENIED, SUSPENDED, OR REVOKED** – If "yes" is checked, give month and year of action in numerals.
14. **TOTAL PILOT TIME TO DATE** – Give total number of civilian flight hours. Indicate whether logged or estimated. Abbreviate as Log. or Est.
15. **TOTAL PILOT TIME PAST 6 MONTHS** – Give number of civilian flight hours in the 6-month period immediately preceding date of this application. Indicate whether logged or estimated. Abbreviate as Log. or Est.
16. **MONTH AND YEAR OF LAST FAA MEDICAL EXAMINATION** – Give month and year in numerals. If none, so state.
17.a. **DO YOU CURRENTLY USE ANY MEDICATION (Prescription or Nonprescription)** – Check "yes" or "no." If "yes" is checked, give name of medication(s) and indicate if the medication was listed in a previous FAA medical examination. See **NOTE** below.
17.b. Indicate whether you use near vision contact lens(es) while flying.
18. **MEDICAL HISTORY** – Each item under this heading must be checked either "yes" or "no." You must answer "yes" for every condition you have ever been diagnosed with, had, or presently have and describe the condition and approximate date in the EXPLANATIONS block.

If information has been reported on a previous application for airman medical certificate and there has been no change in your condition, you may note "PREVIOUSLY REPORTED, NO CHANGE" in the EXPLANATIONS box, but you must still check "yes" to the condition. Do not report occasional common illnesses such as colds or sore throats.

"Substance dependence" is defined by any of the following: increased tolerance; withdrawal symptoms; impaired control of use; or continued use despite damage to health or impairment of social, personal, or occupational functioning. "Substance abuse" includes the following: use of an illegal substance; use of a substance or substances in situations in which such use is physically hazardous; or misuse of a substance when such misuse has impaired health or social or occupational functioning. "Substances" include alcohol, PCP, marijuana, cocaine, amphetamines, barbiturates, opiates, and other psychoactive chemicals.

Arrest, Conviction and/or Administrative Action History - Letter (v) of this subheading asks if you have ever been: (1) arrested and/or convicted (which may include paying a fine, or forfeiting bond or collateral) of an offense involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) arrested, convicted and/or subject to an administrative action by a state or other jurisdiction for an offense for which your license was denied, suspended, cancelled, or revoked or which resulted in attendance at an educational or rehabilitation program. Individual traffic arrests and/or convictions are not required to be reported if they did not involve: alcohol or a drug; suspension, revocation, cancellation, or denial of driving privileges; or attendance at an educational or rehabilitation program. If "yes" is checked, a description of the arrest(s), and/or conviction(s), and/or administrative action(s) must be given in the EXPLANATIONS box. The description must include: (1) the alcohol or drug offense for which you were arrested and/or convicted or the type of administrative action involved (e.g., attendance at an alcohol treatment program in lieu of conviction; license denial, suspension, cancellation, or revocation for refusal to be tested; educational safe driving program for multiple speeding arrests and/or convictions, etc.); (2) the name of the state or other jurisdiction involved; and (3) the date of the arrest(s), and/or convictions, and/or administrative action(s). The FAA may check state motor vehicle driving licensing records to verify your responses. Letter (w) of this subheading asks if you have ever had any other (nontraffic) convictions (e.g., assault, battery, public intoxication, robbery, etc.). If so, name the charge for which you were convicted and the date of conviction in the EXPLANATIONS box. See **NOTE** below.

19. **VISITS TO HEALTH PROFESSIONAL WITHIN LAST 3 YEARS** – List all visits in the last 3 years to a physician, physician assistant, nurse practitioner, psychologist, clinical social worker, or substance abuse specialist for treatment, examination, or medical/mental evaluation. List visits for counseling only if related to a personal substance abuse or psychiatric condition. Give date, name, address, and type of health professional consulted and briefly state reason for consultation. Multiple visits to one health professional for the same condition may be aggregated on one line. Routine dental, eye, and FAA periodic medical examinations and consultations with your employer-sponsored employee assistance program (EAP) may be excluded unless the consultations were for your substance abuse or unless the consultations resulted in referral for psychiatric evaluation or treatment. See **NOTE** below.

20. **APPLICANT'S DECLARATION** – Two declarations are contained under this heading. The first authorizes the National Driver Register to release adverse driver history information, if any, about the applicant to the FAA. The second certifies the completeness and truthfulness of the applicant's responses on the medical application. The declaration section must be signed and dated by the applicant after the applicant has read it.

> **NOTE:** If more space is required to respond to "yes" answers for numbers 17, 18, or 19, use a plain sheet of paper bearing the information, your signature, and the date signed.

**Applicant — Please Tear Off This Sheet After Completing The Application Form.**

FAA Form 8500-8 (9-08) Supersedes Previous Edition                NSN: 0052-00-670-6002

**Applicant Must Complete ALL 20 Items (Except For Shaded Areas)  PLEASE PRINT**  Form Approved OMB NO. 2120-0034

Copy of FAA Form 8500-9 (Medical Certificate) or FAA Form 8420-2 (Medical/Student Pilot Certificate) issued.

**FOR REFERENCE ONLY**

**MEDICAL CERTIFICATE _____ CLASS AND STUDENT PILOT CERTIFICATE**

This certifies that *(Full name and address):*

VOID

| Date of Birth | Height | Weight | Hair | Eyes | Sex |
|---|---|---|---|---|---|

has met the medical standards prescribed in part 67, Federal Aviation Regulations, for this class of Medical Certificate.

**THIS FORM CANNOT BE USED IN LIEU OF TURBOMEDICAL OR FAA MEDXPRESS.**

Limitations

| Date of Examination | Examiner's Designation No. |
|---|---|

Examiner
Signature
Typed Name

**AIRMAN'S SIGNATURE**

1. Application For:
   ☐ Airman Medical Certificate
   ☐ Airman Medical and Student Pilot Certificate

2. Class of Medical Certificate Applied For:
   ☐ 1st  ☐ 2nd  ☐ 3rd

3. Last Name    First Name    Middle Name

4. Social Security Number ___ — ___ — ___

5. Address    Telephone Number ( ___ ) ___ — ___
   Number / Street
   City    State / Country    Zip Code

6. Date of Birth  M M / D D / Y Y Y Y
   Citizenship _____

7. Color of Hair    8. Color of Eyes    9. Sex

10. Type of Airman Certificate(s) You Hold:
    ☐ None            ☐ ATC Specialist   ☐ Flight Instructor   ☐ Recreational
    ☐ Airline Transport ☐ Flight Engineer ☐ Private             ☐ Other _____
    ☐ Commercial      ☐ Flight Navigator ☐ Student

11. Occupation    12. Employer

13. Has Your FAA Airman Medical Certificate Ever Been Denied, Suspended, or Revoked?
    ☐ Yes  ☐ No    If yes, give date ___ M M / D D / Y Y Y Y

Total Pilot Time (Civilian Only)
14. To Date    15. Past 6 Months    16. Date of Last FAA Medical Application
    M M / D D / Y Y Y Y    ☐ No Prior Application

17.a. Do You Currently Use Any Medication (Prescription or Nonprescription)?
    ☐ No  ☐ Yes (If yes, below list medication(s) used and check appropriate box).    Previously Reported  Yes  No

*(If more space is required, see 17. a. on the instruction sheet).*

17.b. Do You Ever Use Near Vision Contact Lens(es) While Flying?   ☐ Yes  ☐ No

**18. Medical History** - HAVE YOU EVER IN YOUR LIFE BEEN DIAGNOSED WITH, HAD, OR DO YOU PRESENTLY HAVE ANY OF THE FOLLOWING?  Answer "yes" or "no" for every condition listed below.  In the EXPLANATIONS box below, you may note "PREVIOUSLY REPORTED, NO CHANGE" only if the explanation of the condition was reported on a previous application for an airman medical certificate and there has been no change in your condition.  See Instructions Page

| Yes | No | Condition | Yes | No | Condition | Yes | No | Condition | Yes | No | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a.☐ | ☐ | Frequent or severe headaches | g.☐ | ☐ | Heart or vascular trouble | m.☐ | ☐ | Mental disorders of any sort; depression, anxiety, etc. | r.☐ | ☐ | Military medical discharge |
| b.☐ | ☐ | Dizziness or fainting spell | h.☐ | ☐ | High or low blood pressure | n.☐ | ☐ | Substance dependence or failed a drug test ever; or substance abuse or use of illegal substance in the last 2 years. | s.☐ | ☐ | Medical rejection by military service |
| c.☐ | ☐ | Unconsciousness for any reason | i.☐ | ☐ | Stomach, liver, or intestinal trouble | | | | t.☐ | ☐ | Rejection for life or health insurance |
| d.☐ | ☐ | Eye or vision trouble except glasses | j.☐ | ☐ | Kidney stone or blood in urine | o.☐ | ☐ | Alcohol dependence or abuse | u.☐ | ☐ | Admission to hospital |
| e.☐ | ☐ | Hay fever or allergy | k.☐ | ☐ | Diabetes | p.☐ | ☐ | Suicide attempt | x.☐ | ☐ | Other illness, disability, or surgery |
| f.☐ | ☐ | Asthma or lung disease | l.☐ | ☐ | Neurological disorders; epilepsy, seizures, stroke, paralysis, etc. | q.☐ | ☐ | Motion sickness requiring medication | y.☐ | ☐ | Medical disability benefits |

**Arrest, Conviction, and/or Administrative Action History --- See Instructions Page**

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| v.☐ | ☐ | History of (1) any arrest(s) and/or conviction(s) involving driving while intoxicated by, while impaired by, or while under the influence of alcohol or a drug; or (2) history of any arrest(s), and/or conviction(s), and/or administrative action(s) involving an offense(s) which resulted in the denial, suspension, cancellation, or revocation of driving privileges or which resulted in attendance at an educational or a rehabilitation program. | w.☐ | ☐ | History of nontraffic conviction(s) (misdemeanors or felonies). |

**Explanations: See Instructions Page**

**FOR FAA USE**
Review Action Codes

**19. Visits to Health Professional Within Last 3 Years.**   ☐ Yes (Explain Below)   ☐ No    See Instructions Page

| Date | Name, Address, and Type of Health Professional Consulted | Reason |
|---|---|---|
| | | |
| | | |

— NOTICE —
Whoever in any matter within the jurisdiction of any department or agency of the United States knowingly and willingly falsifies, conceals or covers up by any trick, scheme, or device a material fact, or who makes any false, fictitious or fraudulent statements or representations, or entry, may be fined up to $250,000 or imprisoned not more than 5 years, or both. (18 U.S. Code Secs. 1001; 3571).

**20. Applicant's National Driver Register and Certifying Declarations**

I hereby authorize the National Driver Register (NDR), through a designated State Department of Motor Vehicles, to furnish to the FAA information pertaining to my driving record. This consent constitutes authorization for a single access to the information contained in the NDR to verify information provided in this application. Upon my request, the FAA shall make the information received from the NDR, if any, available for my review and written comment. Authority: 23 U.S Code 401, Note.

NOTE:  ALL persons using this form must sign it. NDR consent, however, does not apply unless this form is used as an application for Medical Certificate or Medical Certificate and Student Pilot Certificate.

I hereby certify that all statements and answers provided by me on this application form are complete and true to the best of my knowledge, and I agree that they are to be considered part of the basis for issuance of any FAA certificate to me. I have also read and understand the Privacy Act statement that accompanies this form.

Signature of Applicant    Date
    M M / D D / Y Y Y Y

FAA Form 8500-8 (9-08) Supersedes Previous Edition    NSN: 0052-00-670-6002

**NOTE: FAA/Original Copy of the Report of Medical Examination Must be TYPED.**

## REPORT OF MEDICAL EXAMINATION

| 21. Height (inches) | 22. Weight (pounds) | 23. Statement of Demonstrated Ability (SODA) ☐ YES ☐ NO  Defect Noted: | 24. SODA Serial Number |
|---|---|---|---|

| CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal | CHECK EACH ITEM IN APPROPRIATE COLUMN | Normal | Abnormal |
|---|---|---|---|---|---|
| 25. Head, face, neck, and scalp | | | 37. Vascular system (Pulse, amplitude and character; arms, legs, others) | | |
| 26. Nose | | | 38. Abdomen and viscera (Including hernia) | | |
| 27. Sinuses | | | 39. Anus (Not including digital examination) | | |
| 28. Mouth and throat | | | 40. Skin | | |
| 29. Ears, general (Internal and external canals; Hearing under item 49) | | | 41. G-U system (Not including pelvic examination) | | |
| 30. Ear Drums (Perforation) | | | 42. Upper and lower extremities (Strength and range of motion) | | |
| 31. Eyes, general (Vision under items 50 to 54) | | | 43. Spine, other musculoskeletal | | |
| 32. Ophthalmoscopic | | | 44. Identifying body marks, scars, tattoos (Size & location) | | |
| 33. Pupils (Equality and reaction) | | | 45. Lymphatics | | |
| 34. Ocular motility (Associated parallel movement, nystagmus) | | | 46. Neurologic (Tendon reflexes, equilibrium, senses, cranial nerves, coordination, etc.) | | |
| 35. Lungs and chest (Not including breast examination) | | | 47. Psychiatric (Appearance, behavior, mood, communication, and memory) | | |
| 36. Heart (Precordial activity, rhythm, sounds, and murmurs) | | | 48. General systemic | | |

**NOTES:** Describe every abnormality in detail. Enter applicable item number before each comment. Use additional sheets if necessary and attach to this form.

| 49. Hearing | Record Audiometric Speech Discrimination Score Below | | Right Ear | | | | | Left Ear | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conversational Voice Test at 6 Feet ☐ Pass ☐ Fail | | Audiometer Threshold in decibels | 500 | 1000 | 2000 | 3000 | 4000 | 500 | 1000 | 2000 | 3000 | 4000 |

| 50. Distant Vision | | 51.a. Near Vision | | 51.b. Intermediate Vision - 32 Inches | | 52. Color Vision |
|---|---|---|---|---|---|---|
| Right 20/ | Corrected to 20/ | Right 20/ | Corrected to 20/ | Right 20/ | Corrected to 20/ | ☐ Pass |
| Left 20/ | Corrected to 20/ | Left 20/ | Corrected to 20/ | Left 20/ | Corrected to 20/ | ☐ Fail |
| Both 20/ | Corrected to 20/ | Both 20/ | Corrected to 20/ | Both 20/ | Corrected to 20/ | |

| 53. Field of Vision ☐ Normal ☐ Abnormal | 54. Heterophoria 20' (in prism diopters) | Esophoria | Exophoria | Right Hyperphoria | Left Hyperphoria |
|---|---|---|---|---|---|

| 55. Blood Pressure (Sitting, mm of Mercury) Systolic / Diastolic | 56. Pulse (Resting) | 57. Urine Test (if abnormal, give results) ☐ Normal ☐ Abnormal | Albumin | Sugar | 58. ECG (Date) M M D D Y Y Y Y |
|---|---|---|---|---|---|

**59. Other Tests Given**

**60. Comments on History and Findings:** AME shall comment on all "YES" answers in the Medical History section and for abnormal findings of the examination. (Attach all consultation reports, ECGs, X-rays, etc. to this report before mailing.)

**FOR FAA USE**
Pathology Codes:

Coded By:

Clerical Reject

**Significant Medical History** ☐ YES ☐ NO    **Abnormal Physical Findings** ☐ YES ☐ NO

**61. Applicant's Name**

**62. Has Been Issued —** ☐ Medical Certificate   ☐ Medical & Student Pilot Certificate
☐ No Certificate Issued — Deferred for Further Evaluation
☐ Has Been Denied — Letter of Denial Issued (Copy Attached)

**63. Disqualifying Defects** (List by item number)

**64. Medical Examiner's Declaration —** I hereby certify that I have personally reviewed the medical history and personally examined the applicant named on this medical examination report. This report with any attachment embodies my findings completely and correctly.

| Date of Examination | Aviation Medical Examiner's Name | Aviation Medical Examiner's Signature |
|---|---|---|
| M M D D Y Y Y Y | Street Address | |
| | | AME Serial Number |
| | City    State    Zip Code | AME Telephone (    ) |