# EXHIBIT 5

**EXHIBIT 5**

1  ALEX G. TSE (CABN 152348)
   United States Attorney

**FILED**
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY JAMES CHRISMAN, <br><br> Defendant. | No. CR 18 0390 VC <br><br> VIOLATIONS: <br> 18 U.S.C. § 1001(a)(2) – <br> False Statements to Government Agency (Two Counts) <br><br> SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury Charges:

COUNT ONE:        (18 U.S.C. § 1001(a)(2) – False Statements)

   On or about December 10, 2017, in the Northern District of California, the defendant,

GREGORY JAMES CHRISMAN,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Federal Aviation Administration, an agency within the executive branch of the Government of the United States, specifically his false statements on a Federal Aviation Administration Form 8500-8 indicating that: (1) he did not have and had never had a mental disorder of any sort (Question 18m), despite having represented to the United States Department of Veterans Affairs that he had posttraumatic stress disorder and having received medical disability

INDICTMENT

Case 3:18-cr-00390-VC   Document 1   Filed 08/23/18   Page 4 of 4

1  benefits as a result of that condition; and (2) he had never and did not currently receive medical
2  disability benefits (Question 18y), despite having received service-related medical disability benefits
3  from the Department of Veterans Affairs since 2011. All in violation of Title 18, United States Code,
4  Section 1001(a)(2).

5  COUNT TWO:   (18 U.S.C. § 1001(a)(2) – False Statements)
6      On or about June 24, 2018, in the Northern District of California, the defendant,
7                  GREGORY JAMES CHRISMAN,
8  did willfully and knowingly make materially false, fictitious, and fraudulent statements and
9  representations in a matter within the jurisdiction of the Federal Aviation Administration, an agency
10 within the executive branch of the Government of the United States, specifically his false statements on
11 a Federal Aviation Administration Form 8500-8 indicating that: (1) he did not have and had never had a
12 mental disorder of any sort (Question 18m), despite having represented to the United States Department
13 of Veterans Affairs that he had posttraumatic stress disorder and having received medical disability
14 benefits as a result of that condition; and (2) he had never and did not currently receive medical
15 disability benefits (Question 18y), despite having received service-related medical disability benefits
16 from the Department of Veterans Affairs since 2011. All in violation of Title 18, United States Code,
17 Section 1001(a)(2).
18 DATED: 8/23/18                                    A TRUE BILL

                                                    _____
                                                    FOREPERSON

22 ALEX G. TSE
   United States Attorney
23

24 _____
25 DANIEL KALEBA
   Deputy Chief, Criminal Division

28 (Approved as to form: _____)
   AUSA NICHOLAS J. WALSH

INDICTMENT