DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEX G. TSE (CABN 152348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6855
    FAX: (415) 436-7234
    Alex.Tse@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY JAMES CHRISMAN,<br><br>    Defendant. | CASE NO. 18-CR-00390 VC<br><br>**DECLARATION OF AUSA ALEX G. TSE IN SUPPORT OF THE UNITED STATES'S OPPOSITION TO MOTION TO SUPPRESS**<br><br>Hearing: October 8, 2019<br>Time: 10:30 a.m. |

I, ALEX G. TSE, declare as follows:

1.     I am an Assistant United States Attorney assigned to prosecute the above captioned criminal matter. I would and could competently testify as to the truth of the facts stated in this declaration, and I am prepared to testify in court if required to do so.

//

//

//

TSE DECL., ISO
OPP. TO MOT. TO SUPPRESS    1
18-CR-00390 VC

2. Attached hereto as Exhibit 1 is a true and correct copy of pages 1 through 37 of the 2019 Guide for Aviation Medical Examiners (AME Guide) publicly available and published on September 25, 2019. The complete AME Guide is approximately 482 pages and is not attached in its entirety, but can be found at the following hyperlink in PDF:

https://www.faa.gov/about/office_org/headquarters_offices/avs/offices/aam/ame/guide/media/guide.pdf

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge. Executed this 26 day of September, 2019, in San Francisco, CA.

_____
ALEX G. TSE
Assistant United States Attorney

TSE DECL., ISO
OPP. TO MOT. TO SUPPRESS           2
18-CR-00390 VC