LAW OFFICES OF JONATHAN D. McDOUGALL
JONATHAN D. McDOUGALL, CA Bar No. 212359
  jdmesquire@hotmail.com
1640 LAUREL STREET
SAN CARLOS, CA 94070-5217
TELEPHONE:  650.954.4200
FACSIMILE:   650.954.4205

PAMELA L. JOHNSTON, CA Bar No. 132558
  pjohnston@foley.com
DANIEL R. STURM, CA Bar No. 314689
  dsturm@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

Attorneys for Defendant GREGORY JAMES CHRISMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY JAMES CHRISMAN, <br><br> Defendant. | Case No. 3:18 CR 390 VC <br><br> **DECLARATION OF DANIEL R. STURM IN SUPPORT OF DEFENDANT CHRISMAN'S REPLY TO MOTION TO SUPPRESS** |

## DECLARATION OF DANIEL R. STURM

I, Daniel R. Sturm, declare as follows:

1. I am an attorney admitted to practice in the state of California. I am an attorney at the law firm of Foley & Lardner LLP which represents Defendant Gregory J. Chrisman. I make this declaration in support of Gregory Chrisman's Reply in Support of his Motion to Suppress. Unless otherwise indicated, I have personal knowledge the facts contained herein. If called upon to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the February 16, 2011 Authorization for Special Issuance of a Medical Certificate, produced through discovery as USGJC001061.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the February 23, 2016 letter from Dr. Brath to the Federal Aviation Administration, produced through discovery as USGJC001490.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the April 1, 2016 letter to Mr. Chrisman recommending termination of his HIMS monitoring program, produced through discovery as USGJC000808.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge. Executed this 1st day of October, 2019, in Los Angeles, California.

By: _____
Daniel R. Sturm