# Exhibit 1



U.S. Department
of Transportation

**Federal Aviation
Administration**

Mike Monroney Aeronautical Center
Civil Aerospace Medical Institute (CAMI)
Aerospace Medical Certification Division

P.O. Box 26080
Oklahoma City, OK 73125-9914

February 16, 2011

GREGORY JAMES CHRISMAN

Ref:

APP ID# 1996326788

**AUTHORIZATION FOR SPECIAL ISSUANCE OF
A MEDICAL CERTIFICATE (AUTHORIZATION)
AAM-313**

Dear Mr. Chrisman:

I have reviewed the information submitted by you in support of your request
for an airman medical certificate.  The medical evidence reveals a history of
alcoholism.  You are ineligible for first-class medical certification under
Title 14 of the Code of Federal Regulations (CFRs), Section 67.107(a)(4),
67.207(a)(4), 67.307(a)(4).  However, based on the complete review of the
available medical evidence, I have determined that you may be granted
authorization for special issuance of the enclosed first-class airman medical
certificate under Title 14 of the CFRs, Section 67.401.  This certificate
supersedes any previously issued medical certificates.

**This Authorization expires on February 28, 2016.**

Consideration for certification under this Authorization will be contingent
upon the following:

1.    You must provide the following information to William Brath, M.D. (or
his designee):  (a) monthly reports from your flight operation supervisor in
Southwest Airlines, attesting to the best of their knowledge, to your
continued total abstinence from alcohol;  (b) quarterly progress reports by
Barclay Kenyon, The Sequoia Center (or his designee);  (c) annual reports of
psychiatric evaluations by Gerald Rozansky, M.D. (or his designee);  (d)
alcohol breathalyzer or blood tests for alcohol or liver function as deemed
appropriate by Dr. William Brath.  These progress reports shall be retained
by Dr. William Brath and made available to the FAA upon request.

2.    A physical exam (FAA Form 8500-8) by a designated aviation medical
examiner (AME) will be required at six-month intervals for first-class
medical certification.  Based upon the above reports and appropriate physical
examinations, Dr. William Brath (or his designee who is a FAA designated AME)
may issue the first-class airman medical certificate **"Not valid for any class
after six months, following the month examined"**, if you are qualified under
the terms of this special issuance.

3.    You must provide to your sponsor, when due, an aggregate summary of the
progress reports and a copy of Dr. Gerald Rozansky's evaluation reports.

USGJC001061

App ID# 1996326788
Gregory James Chrisman

The required reports shall be promptly forwarded by your AME, at the time your FAA physical examination is due. The AME should transmit the 8500-8 and promptly mail the hard copy with additional reports required to the following address:

<u>REGULAR MAIL</u>                           <u>SPECIAL MAIL</u>
Medical Appeals Section, AAM-313    OR    Medical Appeals Section, AAM-313
Aerospace Medical Certification Division  Aerospace Medical Certification Division
FAA Civil Aerospace Medical Institute     FAA Civil Aerospace Medical Institute
Post Office Box 25082                      6700 S MacArthur Blvd., Room 308
Oklahoma City, OK  73125-9567             Oklahoma City, OK  73169

The requirements for special reports indicated above shall remain in effect for at least 60 months, after which they will be subject to modification only upon satisfactory evidence of a continuing successful recovery and with the favorable recommendation of Dr. William Brath and Dr. Gerald Rozansky.

You must continue to maintain total abstinence from alcohol and shall report any adverse change in your medical condition to the FAA Aerospace Medical Certification Division, AAM-313, and to Dr. William Brath.

You will still be required to have your regular first-class physical examinations at the frequency prescribed under the provisions of Title 14 of the CFRs, Section 61.23. **Failure to see the designated HIMS sponsor AME William Brath, M.D. (or designee) for your routine FAA examination will be considered a failure of your monitoring program and will result in withdrawal of your authorization of special issuance.**

**This Authorization must be carried at all times while exercising the privileges of your pilot's license, either on your person or readily available in the aircraft. Additionally you must present the Authorization to your AME at the time of each FAA medical application.**

Use of the above reference number and your full name on any reports or correspondence will aid us in locating your file and expediting a reply to you.

Sincerely,

*[signature]* for

Warren S. Silberman, D.O., M.P.H.
Manager, Aerospace Medical Certification Division
Civil Aerospace Medical Institute

Enclosure

cc:  William F Brath M.D.
     Barclay Kenyon, The Sequoia Center
     Gerald Rozansky, M.D.
     Southwest Airlines
TAB

USGJC001062