# Exhibit 2

# CENTINELA
# AVIATION/FITNESS

8930 Sepulveda Blvd.
Los Angeles, CA 90045

Federal Aviation Administration
Attention: Drug and Alcohol Unit, AAM 313.
CAMI
6500 S. MacArthur Blvd.
Oklahoma City, OK 73169

23FEB2016

Dear Dr. Johnson/Tammy,

Re: Gregory J. Chrisman

Capt. Chrisman's SI expires 28FEB016. He has a good program of recovery in place. Letters from aftercare Airline HIMS chair and chief pilot all verify this. He had F/U with DR. Rozansky 11JULY2015 and he noted that he could be released from monitoring.
He had a brief relapse to alcohol 17JUN2010. Following intensive IOP his program of recovery was much improved and he became comfortable with his sobriety.
I saw him for FAA 1st class medical 9DEC2015 and agree that he can be released from monitoring requirements.

Sincerely

William Brath, M.D.
AME#13635

USGJC001490