# Exhibit 3



**U.S. Department of Transportation**
**Federal Aviation Administration**

Federal Aviation Administration
Civil Aerospace Medical Institute (CAMI)
Aerospace Medical Certification Division

P.O. Box 25082
Oklahoma City, OK 73125-9867
(405) 954-4821

APRIL 01, 2016

AAM-313

GREGORY CHRISMAN

Ref:

APP ID # 1996326788

Dear Mr. Chrisman:

We received reports from Dr. Brath and Dr. Rozansky recommending termination of your monitoring program.

We have reviewed your medical file and have determined the monitoring reports can now be discontinued. Enclosed is your first-class medical certificate, valid until the normal date of expiration. In the future, your first-class medical certificate may be issued by any Aviation Medical Examiner (AME), if you are otherwise qualified.

**Continued airman medical certification remains contingent upon your total abstinence from the use of alcohol.**

Sincerely,

*Linda Brumley* for

Brian D. Johnson, M.D.
Acting Manager, Aerospace Medical Certification Division
Civil Aerospace Medical Institute

Enclosure: Certificate

cc:   WILLIAM BRATH M.D.
      Gerald Rozansky M.D.

lmb

USGJC000808