DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
DAVID WARD (CABN 239504)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7234
    Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

RECEIVED NOV 21 2019 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> GREGORY JAMES CHRISMAN <br>     Defendant. | CASE NO. 18-CR-390-VC <br><br> United States' Motion to Dismiss Counts Three, Four, and Five of the Superseding Indictment and [Proposed] Order |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss without prejudice Counts Three (18 U.S.C. § 1512(b)(1) – Witness Tampering), Four (18 U.S.C. § 1512(c)(2) – Obstruction of Justice), and Five (18 U.S.C. § 401(3) – Contempt of Court) of the Superseding Indictment in this case.

DATED: November 21, 2019

                              Respectfully submitted,

                              DAVID L. ANDERSON
                              United States Attorney

                              /s/
                              HALLIE HOFFMAN
                              Chief, Criminal Division

# [PROPOSED] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice Counts Three (18 U.S.C. § 1512(b)(1) – Witness Tampering), Four (18 U.S.C. § 1512(c)(2) – Obstruction of Justice), and Five (18 U.S.C. § 401(3) – Contempt of Court) of the Superseding Indictment in this case.

IT IS SO ORDERED.

Dated: _____

HON. VINCE CHHABRIA
United States District Judge

USA Motion to Dismiss and [Proposed] Order
18-CR-390-VC