LAW OFFICES OF JONATHAN D. McDOUGALL
JONATHAN D. McDOUGALL, CA Bar No. 212359
　　JMcDougall.Law@gmail.com
1640 LAUREL STREET
SAN CARLOS, CA 94070-5217
TELEPHONE:  650.594.4200
FACSIMILE:   650.594.4205

PAMELA L. JOHNSTON, CA Bar No. 132558
　　pjohnston@foley.com
DANIEL R. STURM, CA Bar No. 314689
　　dsturm@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2411
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

Attorneys for Defendant
GREGORY JAMES CHRISMAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:18 CR 390 VC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S UNOPPOSED EX PARTE MOTION FOR CONTINUANCE OF SENTENCING HEARING AS MODIFIED** |
| vs. | |
| GREGORY JAMES CHRISMAN, | |
| Defendant. | **CURRENT SENTENCING DATE** DATE: July 13, 2020<br>TIME:　　2:00 p.m.<br><br>**PROPOSED SENTENCING DATE** DATE: September 21, 2020<br>TIME:　　2:00 p.m. |

On June 29, 2020, defendant Gregory Chrisman filed an Unopposed *Ex Parte* Application seeking a continuance of his sentencing date and all related dates. The government does not oppose this request. For the reasons stated in the *ex parte* application and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The sentencing hearing for the above-captioned defendant is continued from July 13, 2020 at 2:00 p.m. to October 19, 2020, at 2:00 p.m. His counsel is instructed to ensure he is aware of the movement of his sentencing date.

2. By no later than Monday, August 31, 2020, the Probation office shall prepare and provide to the parties and the Court the final presentence report.

3. By no later than Tuesday, September 15, 2020, each party shall file their final sentencing brief.

DATED: July 1, 2020



IT IS SO ORDERED AS MODIFIED

Judge Vince Chhabria

Honorable
United St...

{Proposed} Order Granting Motion of Defendant Chrisman to Continue Sentencing Hearing
2
Case No. 3:18 CR 390 VC

4852-3290-0289.3