DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
DAVID WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7234
    Ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-390-VC |
| Plaintiff, | Declaration of Ajay Krishnamurthy In Support of United States' Sentencing Memorandum |
| v. | |
| GREGORY JAMES CHRISMAN, | October 19, 2020<br>2:00 p.m. |
| Defendant. | |

I, Ajay Krishnamurthy, declare as follows:

    1. I am an Assistant United States Attorney assigned to the prosecution of this case. I make this declaration in support of the United States' Sentencing Memorandum.

    2. Attached as Exhibit 1 is a true and accurate copy of a Memorandum of Activity documenting a November 13, 2019 interview of Dr. William Brath by USDOT-OIG Special Agent Reggie Lee, AUSA David Ward, and myself. It has been produced to the defense as USGJC004671–4672.

//

//

//

1

3. Attached as Exhibit 2 is a true and accurate copy of a December 3, 2018 letter obtained from the Federal Aviation Administration. It has been produced to the defense as USGJC001667.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on September 15, 2020 in San Francisco, California.

    /s/ Ajay Krishnamurthy
AJAY KRISHNAMURTHY
Assistant United States Attorney