Gregory J. Chrisman
708 Winchester Drive
Burlingame, CA 94010
650-219-8018
majchrismo@aol.com

December 3, 2018

To Whom It May Concern:

Please note the following changes to my FAA 8500-8, under question 18. Included is supplemental documentation to accompany MedXpress submission 227826618459.

I have previously not checked yes on the "m." block. Until now I believed reporting my alcoholism and participation in the HIMS program addressed these issues.

I have previously not checked yes on the "y." block. I was completely unaware that this included California Disability Insurance and the Long Term Disability Insurance used, while on extended sick leave for HIMS treatment, after my sick bank had exhausted. I began receiving Veterans Administration Disability Benefits in October 2011. I should have reported it during my December 2011 physical, but neglected to. I realized my error a physical or so later. I should have corrected it, but frankly, allowed myself to let fear overtake me, and did not.

I continuously strive for self-improvement and healthy living. Embracing a sober lifestyle has done wonders for my attitude and emotional state. Even the frequency and intensity of my back pain and ear ringing continue to diminish.

Please do not hesitate to contact me. I will provide open and honest answers to any questions you may have. My deepest apologies for the complications I have created. I assure you this process will receive my absolute, utmost attention and inquiry from this point forward.

Thank you,

Gregory J. Chrisman

9400 1118 9956 0264 1509 75

This file contains privileged and confidential information protected by the Privacy Act. The information is intended for the individual or entity to which it was addressed and shall not be disclosed, copied or re-released in any part. If you received it in error, please notify the sender immediately.

USGJC001667